PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

## for

## Eastern District of New York



U.S.A. vs.    Michael Obby                                    Docket No.    06-CR-859-01

**Petition for Action on Conditions of Pretrial Release**

COMES NOW    Cynthia Lawyer    CHIEF PRETRIAL SERVICES OFFICER
presenting an official report upon the conduct of defendant    Michael Obby
who was placed under pretrial release supervision by the Honorable    Magistrate Roanne Mann
sitting in court at    225 Cadman Plaza East    ,on the    28    day    November    ,20    06
Brooklyn, NY 11201

under the following conditions:

-Surrender passport and do not reapply
-Travel restricted to New York City and Long Island
-No contact with codefendants
-Seek and maintain employment
-Subject to random home and employment visits
-Report as directed to Pretrial Services

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

Failure to report as directed and notification by a family member that the defendant possibly fled.

PRAYING THAT THE COURT WILL ORDER REVOCATION OF THE BAIL RELEASE CONDITIONS AND
ISSUE AN ARREST WARRANT

ORDER OF COURT

Considered and ordered    21    day
of    November    ,20    08    and ordered filed
and made a part of the records of the above case.

s/FB

U.S. District Judge Frederic Block

I declare under penalty of perjury that the foregoing is
true and correct.

Executed on    11/5/2008

Maurice Guardino (signature)

U.S. Pretrial Services Officer

Place    Brooklyn, New York